*In re* CASOS ELECTORALES.

*Número:* EM-2000-05          *Resuelto:* 25 de octubre de 2000

## RESOLUCIÓN

Examinado el memorando de la Lcda. Isabel Llompart Zeno, y a la luz de la Regla 21 del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-A, se le ordena a la Secretaria del Tribunal Supremo que remita los correspondientes mandatos en los casos electorales una vez transcurran tres (3) días de notificada la resolución que resuelve el caso, y cuando se haya solicitado una reconsideración, al día siguiente de haberse resuelto la misma.

*Notifíquese al Presidente de la Comisión Estatal de Elecciones y a los Comisionados Electorales, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*